AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | |
| WAYNE S. ULRICH, SR. | Case Number:    1:08cr94LG-RHW-012 |
| | USM Number: |

Defendant's Attorney:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 1 8 2008
J.T. NOBLIN, CLERK
BY_____ DEPUTY

**THE DEFENDANT**:

☑ pleaded guilty to count(s)    1 of Information

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 U.S.C. § 704(b)(1) | Taking migratory bird over bait | 09/22/07 | 1 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ___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___

Defendant's Date of Birth: ___7/15/1961___

Defendant's USM: _____

Defendant's Residence Address:

20541 Johnson Road
Long Beach, MS 39560

Defendant's Mailing Address:

Same

08/06/2008
Date of Imposition of Judgment

_____
Signature of Judge

Robert H. Walker          U.S. Magistrate Judge
Name and Title of Judge

___8/15/08___
Date

AO 245B      (Rev. 06/05) Judgment in a Criminal Case

Judgment—Page __2__ of __5__

DEFENDANT: WAYNE S. ULRICH, SR.
CASE NUMBER: 1:08cr94LG-RHW-012

## UNSUPERVISED (ADMINISTRATIVE) PROBATION

The defendant is hereby placed on probation for a term of   one year

**The Court suspends the mandatory drug testing as described in 18 U.S.C. § 3563(a)(5) as this
defendant appears to have a low risk of future substance abuse.**

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the
defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal
Monetary Penalties sheet of this judgment.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 4C — Probation

DEFENDANT:  WAYNE S. ULRICH, SR.    Judgment—Page   3   of   5
CASE NUMBER:   1:08cr94LG-RHW-012

## SPECIAL CONDITIONS OF SUPERVISION

No hunting of migratory game birds for a period of one year from today, and no involvement in any activities related to or associated with the hunting of migratory birds during the same one-year period.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page   4   of   5

DEFENDANT:  WAYNE S. ULRICH, SR.
CASE NUMBER:  1:08cr94LG-RHW-012

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $35.00 | $500.00 | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0.00 | $ 0.00 | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

Judgment — Page __5__ of __5__

DEFENDANT:  WAYNE S. ULRICH, SR.
CASE NUMBER:  1:08cr94LG-RHW-012

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☑ Lump sum payment of $ ___535.00___ due immediately, balance due

    ☐ not later than _____ , or
    ☑ in accordance    ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B  ☐ Payment to begin immediately (may be combined with  ☐C,   ☐ D, or  ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑ Special instructions regarding the payment of criminal monetary penalties:

    Pay at a rate of $50 per month beginning in 30 days.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of Court, P. O. Box 23552, Jackson, MS 39225-3552.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Case Numbers (including defendant number) and Defendant and Co-Defendant Names, Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.